UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL W. ZACEK, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) No. 1:13-cv-1226-TWP-DKL |
| KEITH BUTTS. | ) ) ) |
| Respondent. | ) ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 06/23/2014

Laura Briggs, Clerk of Court

By: _____
    Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Daniel Zacek
7512 Harold Ave
Gary, IN 46403

henry.flores@atg.in.gov